trict of New York (Shirley Wohl Kram, Judge), dismissing a petition to quash two summonses issued by the Internal Revenue Service. The summonses were served upon Lehman Brothers Kuhn Loeb Inc. ("Lehman Trading") in connection with an audit of the tax liability of its corporate parent, Lehman Brothers Kuhn Loeb Holding Co. ("Lehman Holding"). The petition to quash is filed on behalf of 24 directors and customers of Lehman Trading. The District Court dismissed the petition for lack of subject matter jurisdiction, construing 26 U.S.C. § 7609 (a)(4)(A) literally to mean, as it says, that the provisions of section 7609(a)(1), providing for notice and an opportunity to challenge a summons issued to a third-party record-keeper, are inapplicable to a summons served "on the person with respect to whose liability the summons is issued" and that an investigation into the tax liability of Lehman Holding is an investigation into the tax liability of Lehman Trading since Lehman Holding filed a consolidated return, 26 C.F.R. § 1–1502–6(a) (1966).

We affirm on the well-reasoned decision of the District Court. 582 F.Supp. 257.

Before KEITH and MERRITT, Circuit Judges, and WISEMAN, District Judge.*

### ORDER DENYING PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before the panel is the Petitioner-Appellant's Petition for Rehearing of 724 F.2d 37, and Suggestion for Rehearing En Banc. The Court did not favor rehearing en banc and the petition was referred to the panel for decision.

Appellant has also filed a Motion for Leave to file an Appendix. The appendix has been considered by the panel along with the brief and argument of petitioner.

Petitioner urges the Court to reconsider the en banc holding of *Bowen v. Tennessee*, 698 F.2d 241 (6th Cir.1983), that the issue of exhaustion may not be waived. This the Court declines to do and *Bowen* controls the decision in this case.

The petition for rehearing is denied.

**Leon ALCORN, Petitioner-Appellant,**

v.

**Steve SMITH, Warden, Kentucky State Reformatory, Respondent-Appellee.**

**No. 82–5623.**

United States Court of Appeals, Sixth Circuit.·

July 9, 1984.

**Leon ALCORN, Petitioner-Appellant,**

v.

**Steve SMITH, Warden, Kentucky State Reformatory, Respondent-Appellee.**

**No. 82–5623.**

United States Court of Appeals, Sixth Circuit.

Aug. 3, 1984.

---

* Honorable Thomas A. Wiseman, Jr., District Judge, United States District Court for the Mid- dle District of Tennessee, sitting by designation.